IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KENNETH PARRISH,

    Plaintiff,

v.

DEBORAH McCULLOCH and
CAPTAIN WILLIAM PARKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-280-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

    (1) denying plaintiff leave to proceed in forma pauperis;

    (2) dismissing plaintiff's claim that defendants Deborah McCulloch and William Parker violated his right of access to the courts by interfering with his appeal to the Wisconsin Court of Appeals with prejudice; and

    (3) dismissing plaintiff's claim that defendants violated his right of access to the courts by interfering with his appeal to the Court of Appeals for the Seventh Circuit without prejudice.

By: /s/ *signature*, Deputy Clerk

Peter Oppeneer, Clerk of Court

8-22-12

Date